FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JACOB N. COX,

                Plaintiff,

v.

NICHOLAS W. BROWN,

                Defendant.

NO: 4:25-CV-05028-RLP

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS

      By Order filed April 15, 2025, the Court instructed Plaintiff to submit a completed Declaration and Application to Proceed *In Forma pauperis,* along with a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding March 13, 2025, or to pay the $405.00 filing fee to proceed with this action. ECF No. 5 at 3–4. Plaintiff, an individual incarcerated at the Coyote Ridge Corrections Center, is proceeding *pro se*. Defendants have not been served in this action.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 1

The Court cautioned Plaintiff that if he failed either to pay the filing fee or to properly seek leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(2), this action would be dismissed. *Id.* at 4. Plaintiff neither paid the filing fee nor submitted the necessary documentation by the due date of May 15, 2025.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee under 28 U.S.C. § 1914 or to comply with the *in forma pauperis* requirements of 28 U.S.C. § 1915.

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address and **CLOSE** the file.

**DATED** May 19, 2025.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 2